UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADDEN, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01216-DAD-SKO (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 13) |

Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2019, the court denied plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 8–10) and ordered him to pay the filing fee of $400.00 within fourteen (14) days. (Doc. No. 13.) The court warned plaintiff that his failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.*) Plaintiff has not paid the filing fee and the timeframe in which to do so has since passed.

/////

/////

/////

1

Accordingly,

1. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to obey a court order; and
2. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated: **March 9, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE